# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

### WESTERN DIVISION

FILED BY ____ D.C.

05 MAY -9 PM 3:19

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. **DERRICK JONES**              Docket No. **2:04CR20104-001**

### Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Derrick Jones who was placed on supervision by the Honorable Tu M. Pham sitting in the Court at Memphis, TN on the 6th day of May, 2004 who fixed the period of supervision at one (1) year*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay a $1,000.00 fine (balance $1,000.00).

The defendant shall make full financial disclosure to the U.S. Probation Office.

Modified on February 11, 2005, to include conditions that he participate in drug and alcohol testing and treatment as directed by the Probation Office, and that fine payments be set at ten percent (10%) of his monthly gross income to be paid by the end of each month.

*Term of Supervised Release began February 3, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(PLEASE SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** a Warrant be issued for Mr. Jones to appear before the Honorable Tu M. Pham to answer charges of violation of Supervised Release.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this __9__ day of __May__, 20__05__ and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on __May 4, 2005__<br><br>__Freddie McMaster II__<br>U.S. Probation Officer<br><br>Place:   Memphis, Tennessee |

PROB 12
Jones, Derrick
Docket No. 2:04CR20104-001
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF SUPERVISED RELEASE:

**The defendant shall refrain from any unlawful use of a controlled substance and the defendant shall not possess a controlled substance.**

Mr. Jones used a controlled substance as evidenced by a positive screen for cocaine on February 9, 2005.

**The defendant shall participate in drug and alcohol testing and treatment as directed by the Probation Office.**

On April 13, 2005, Mr. Jones was referred to the Memphis Alcohol and Drug Council (MADC) to begin drug testing and treatment. He failed to attend scheduled intake appointments on April 19 and 25, 2005, and missed random drug screens on April 18 and 25, 2005.

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

Mr. Jones has failed to submit monthly reports for February, March, and April 2005.

# VIOLATION WORKSHEET

1. Defendant _____ Derrick Jones   3035 Calvert   Memphis, TN 38108 _____

2. Docket Number (Year-Sequence-Defendant No.) _____ 2:04CR20104-001 _____

3. District/Office _____ Western District of Tennessee (Memphis) _____

4. Original Sentence Date   05 / 06 / 04
   month / day / year

*(If different than above):*

5. Original District/Office _____

6. Original Docket Number (Year-Sequence-Defendant No.) _____

7. List each violation and determine the applicable grade {see §7B1.1}:

| Violation(s) | Grade |
|---|---|
| Usage of a controlled substance (cocaine) | B |
| Failure to participate in drug testing/treatment | C |
| Failure to submit monthly report forms | C |

8. Most Serious Grade of Violation (see §7B1.1(b))   **B**

9. Criminal History Category (see §7B1.4(a)) 74   **VI**

10. Range of imprisonment (see §7B1.4(a))   **21-27 months***

*Being originally convicted of a Class A misdemeanor, the statutory maximum term of imprisonment is 12 months; 18 U.S.C. §3583(e)(3).

11. Sentencing Options for Grade B and C violations Only (Check the appropriate box):

   { } (a) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

   { } (b) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

   {X} (c) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit

**Defendant**   Derrick Jones     Docket#2:04CR20104-001

## 12. Unsatisfied Conditions of Original Sentence

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) ____N/A____              Community Confinement ____N/A____

Fine ($) ____1,000.00____                Home Detention ____N/A____

Other ____N/A____                        Intermittent Confinement ____N/A____

## 13. Supervised Release

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 {see §§7B1.3(g)(1)}.

Term: ____N/A____ to ____N/A____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

## 14. Departure

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## 15. Official Detention Adjustment {see §7B1.3(e)}: months _____ days _____

**Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20104 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable Tu Pham
US DISTRICT COURT