PROB. 12
(Rev. 3/88)

## UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY ~~~ D.C.

05 AUG -3 PM 3: 27

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. DERRICK JONES**

**Docket No. 2:04CR20104-001**

### Petition on Probation and Supervised Release

COMES NOW ___FREDDIE MCMASTER II___ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Derrick Jones who was placed on supervision by the Honorable Tu M. Pham sitting in the Court at Memphis, TN on the 6th day of May, 2004 who fixed the period of supervision at one (1) year*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay a $1,000.00 fine (balance $1,000.00)

The defendant shall make full financial disclosure to the U.S. Probation Office.

Modified on February 11, 2005, to include conditions that he participate in drug and alcohol testing and treatment as directed by the Probation Office, and that fine payments be set at ten (10%) of his monthly gross income to be paid by the end of each month.

*Term of Supervised Release began February 3, 2005. On May 5, 2005, a revocation petition was signed by Magistrate Pham and on July 22, 2005, Mr. Jones was released on a $2,500.00 unsecured bond by Magistrate Vescovo.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### (PLEASE SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** a Warrant be issued for Mr. Jones and his bond revoked.

**ORDER OF COURT**

Considered and ordered this ___3___ day of ___August___, 20_05_ and ordered filed and made a part of the records in the above case.

_____
United States ~~District~~ Judge
*Magistrate*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on___ *August 2, 2005* ___

_____
U.S. Probation Officer

Place:     Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8 - 4 - 05_



**Jones, Derrick**
**Docket No. 2:04CR20104-001**
**Page 2**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF HIS BOND:

**The defendant shall reside at his grandmother's house on home confinement.**

Mr. Jones violated Home Confinement by leaving his residence on August 2, 2005, without permission: at 2:09AM until 2:34AM, again from 2:34AM until 5:35AM, and immediately back out at 5:35AM until 6:06AM.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20104 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable Tu Pham
US DISTRICT COURT