**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

FILED ⟋⟍ O.C.

05 AUG -5 PM 3: 18

CLERK, US DISTRICT COURT
WD OF TN MEMPHIS

**UNITED STATES OF AMERICA**
**Plaintiff,**

-v-                                    **Case Number  2:04cr20104-1-P**

**DERRICK JONES**
**Defendant.**


### JUDGMENT AND COMMITMENT ORDER
### ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed on or After November 1, 1987)


The defendant, Derrick Jones, was represented by Randolph W. Alden

It appearing that the defendant, who was convicted on May 06, 2004 in the above styled cause.   It also appears that defendant's Supervised Release Conditions was modified on February 11, 2005 and that defendant has violated the terms of the modified Conditions of Supervised Release.

It is hereby ORDERED and ADJUDGED that the modified Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months.  Supervised release shall terminate at the completion of said incarceration.

Furthermore, the court recommends that the defendant be housed at the Federal Correction Institution, Memphis, Tennessee or if FCI, Memphis is unavailable, at a location in or around Memphis, Tennessee.

The defendant is directed to self surrender to the custody of the United States Marshal on **Monday, August 8, 2005 at 8:30 a.m.**


Signed this  5  day of August, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8 - 8 -05_

Defendant's SS No: 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
Defendant's Date of Birth:  07/22/1975
Deft's U.S. Marshal No.:    18839-076
Defendant's Mailing Address:3035 Culvert Ave., Memphis, TN 38108

58

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CR-20104 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable Tu Pham
US DISTRICT COURT